**No. D-2520. In the Matter of Disbarment of Murray Leonard Deutchman.**

563 U.S. 986, 131 S. Ct. 2486, 179 L. Ed. 2d 1242, 2011 U.S. LEXIS 3624.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 811, 131 S. Ct. 401, 178 L. Ed. 2d 266, 2010 U.S. LEXIS 7542.